1 Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
2 Tiffany A. Kahler, Esq., Bar No. 13513
TAK@pisanellibice.com
3 Brittnie T. Watkins, Esq., Bar No. 13612
BTW@pisanellibice.com
4 PISANELLI BICE PLLC
400 South 7th Street, Suite 300
5 Las Vegas, Nevada 89101
Telephone: 702.214.2100

*Attorneys for Plaintiff Aprintess Williams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| APRINTESS WILLIAMS,<br><br>Plaintiff,<br>v.<br><br>STATE OF NEVADA, DEPARTMENT OF PAROLE & PROBATION, MATTHEW KROOK, ERIC CHANDLER, DOES 1 THROUGH 10; AND ROE ENTITIES 1 THROUGH 10<br><br>Defendant(s). | Case No.: 2:16-CV-1283 ~~JCM~~ (VCF)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff Aprintess Williams ("Plaintiff"), by and through his undersigned counsel, and Defendants State of Nevada, et al., ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to extend time to respond to Defendants' Motion for Summary Judgment ("Motion") (ECF No. 37) from October 11, 2017 to October 13, 2017. This is the first stipulation for extension of time to respond to the Motion.

. . .

. . .

. . .

The parties believe there is good cause to grant the requested extension in light of the schedule of Plaintiff's lead counsel, as he is preparing for trial. The parties only ask for an additional two days so that Plaintiff's counsel may review and finalize Plaintiff's response in light of the scheduling conflict. This proposed Stipulation and Order to extend time to respond to the Motion is being made for good cause and is not being made for purposes of delay.

DATED this 11th day of October, 2017

By: */s/ Brittnie T. Watkins*
    Todd L. Bice, Esq., Bar No. 4534
    Tiffany A. Kahler, Esq., Bar No. 13513
    Brittnie T. Watkins, Esq., Bar No. 13612
    PISANELLI BICE PLLC
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101

*Attorneys for Defendant Aprintess Williams*

DATED this 11th day of October 2017

By: */s/ David Keene*
    David Keene, Esq., Bar No. 11826
    Office of the Attorney General
    Grant Sawyer Bldg.
    555 E. Washington Ave. Suite 3900
    Las Vegas, NV 89101

*Attorney for Defendants State of Nevada, Department of Parole & Probation, Officer Krook, and Officer Chandler*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-12-2017

CASE NO. 2:16-CV-1283 JCM (VCF)

2