# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| APRINTESS WILLIAMS,<br><br>        Plaintiff,<br><br>vs.<br><br>OFFICER KROOK, *et al.*,<br><br>        Defendants. | 2:16-cv-01283-VCF<br>**ORDER** |

Before the Court are the following:

1. Motion for Summary Judgment (ECF No. 37),

2. Motion to Redact Plaintiff's Opposition to Defendant's Motion for Summary Judgment; and Alternative Request for FRCP 56(d) Relief and Seal Exhibit 5 Thereto (ECF No. 43),

3. Plaintiff's Opposition to Defendants' Motion for Summary Judgment; and Alternative Request for FRCP 56(d) Relief (ECF No. 45),

4. Motion to Compel Document Production in Response to Request for Production No. 9 (ECF No. 50).

Due to a conflict on the Court's calendar,

IT IS HEREBY ORDERED that a hearing, on the above referenced motions, scheduled for 1:00 PM, December 18, 2017, is RESCHEDULED to **3:00 PM, December 18, 2017**, in Courtroom 3D.

DATED this 7th day of December, 2017.

                                                           _____
                                                           CAM FERENBACH
                                                           UNITED STATES MAGISTRATE JUDGE