# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| APRINTESS WILLIAMS,<br><br>        Plaintiff,<br><br>vs.<br><br>OFFICER KROOK, OFFICER CHANDLER, *et al.*,<br><br>        Defendants. | 2:16-cv-01283-VCF<br><br>**ORDER** |

       Before the court are the Motion for Summary Judgment (ECF No. 63) and Motion to Redact Plaintiff's Opposition to Defendants' Motion for Summary Judgment and to Seal Exhibit 5 Thereto (ECF No. 68).

       Accordingly,

       IT IS HEREBY ORDERED that a hearing on the Motion for Summary Judgment (ECF No. 63) and Motion to Redact Plaintiff's Opposition to Defendants' Motion for Summary Judgment and to Seal Exhibit 5 Thereto (ECF No. 68) is scheduled for 2:00 PM, September 7, 2018, in Courtroom 3D.

       DATED this 30th day of August, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE